# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 7, 2018

### NO. 03-17-00167-CV

**Texas Home School Coalition Association, Inc., Appellant**

**v.**

**Texas Ethics Commission, Appellee**

---

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, FIELD, AND BOURLAND**
**AFFIRMED -- OPINION BY JUSTICE BOURLAND**

---

This is an appeal from the judgment signed by the trial court on February 14, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.